AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| United States of America<br>v.<br>Isa Abbadula VANCLEAF<br><br>*Defendant(s)* | Case No. 2:21-mj-720 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____Southern_____ in the county of _____Franklin_____ in the _____Southern_____ District of _____Ohio_____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 922(g)(1) | Convicted Felon in Possession of a Firearm |
| 18 U.S.C. 924(c)(1)(A)(i) | Possession of a Firearm in Furtherance of Drug Trafficking |
| 21 U.S.C. 841(a)(1) | Possession with Intent to Distribute Controlled Substances |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

*Complainant's signature*

ATF Task Force Officer Brian V. Boesch
*Printed name and title*

Sworn to before me and signed in my presence.

Date: November 3, 2021

Kimberly A. Jolson
United States Magistrate Judge

City and state: Columbus, OH

AO 91 (Rev. 11/11) Criminal Complaint

## ATTACHMENT A

I, Brian V. Boesch, being duly sworn, depose and state that:

I have been a police officer with the Columbus Division of Police since November of 1994. I am currently assigned as a Task Force Officer with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) and have been so assigned since July of 2014. I was previously assigned as a robbery detective for eight and a half years and successfully investigated robberies and extortions. As a Task Force Officer, I am also authorized to carry firearms, execute warrants, make arrests for offenses against the United States, and perform other such duties as authorized by law.

1. On or about October 24, 2021, a South Bloomfield Police Officer attempted to initiate a traffic stop on US-23. The driver of the vehicle, Breann Eskelson, ignored the officer's emergency beacons and siren and continued north on US-23. The South Bloomfield officer alerted members of the Franklin County Sheriff's Office (FCSO) of the description of vehicle and terminated their pursuit of Eskelson.

2. FCSO Deputy Patrick Gunnell was nearby at US-23 and Rathmell Rd. and heard the radio dispatcher air the information and observed Eskelson northbound on US-23. Deputy Gunnell attempted to initiate a traffic stop, but Eskelson again ignored the officer's signal to pull over and fled with Deputy Eskelson in pursuit.

3. The pursuit continued for approximately 9 miles before Eskelson lost control of her vehicle and came to a stop at Thurman Ave. and Oakwood Ave. The front seat passenger, later identified as Isa Abbadula VANCLEAF, fled from the vehicle with Deputy Gunnell chasing him on foot.

4. As VANCLEAF was running, Deputy Gunnell heard the distinct sound of a firearm hitting and skidding along the pavement as VANCLEAF ran past a parked car. Deputy Gunnell caught VANCLEAF next to 1263 Oakwood Ave. and ordered him to lie face down on the ground and to place his hands behind his back. After several verbal commands to comply, VANCLEAF put his hands behind his back and was handcuffed. As Deputy Gunnell stood VANCLEAF up, he discovered a small, loaded Beretta Tomcat pistol on the ground that was underneath VANCLEAF.

5. After securing VANCLEAF in a cruiser, Deputy Gunnell walked back past the parked car, and recovered a loaded Glock 23, 9mm pistol with an attached 50 round drum magazine. Also recovered next to the Glock pistole was a small knit bag that contained crack cocaine, parafluorofentanyl, methamphetamines, a scale, and other paraphernalia.

6. VANCLEAF is a documented criminal gang member with felony convictions for Felonious Assault, Franklin County Court of Common Pleas case number 08CR3809 and Discharging a Firearm into a Habitation, case number 08CR0205. Both offenses are punishable by more that one year in prison.

7. At the time of his arrest, VANCLEAF also had outstanding warrants for his arrest for Possession of Drugs, F4, Theft F4, Escape F4, and misdemeanor counts of Domestic Violence and Assault.

8. The above offenses occurred in the Southern District of Ohio.

AO 91 (Rev. 11/11) Criminal Complaint

VANCLEAF (cont.)

_____
Brian V. Boesch, ATF Task Force Officer

Sworn to before me and signed in my presence.

_____
Kimberly A. Jolson
United States Magistrate Judge

November 3, 2021
_____
Date